Steven G. RACKERS, Respondent,

v.

Kathleen A. WIBBERG, Trustee,
et al., Appellants.

WD 79797

Missouri Court of Appeals,
Western District.

Filed: July 25, 2017

Motion for Rehearing and/or Transfer
to Supreme Court denied
September 5, 2017

Jonathan Sternberg, Kansas City for ap-
pellant.

Gregory M. Mealy, Columbia for respon-
dent; Susan A. Komaromi, Respondent pro
se.

Before Division 4: Mark D. Pfeiffer,
Chief Judge, Presiding, Lisa White
Hardwick and Gary D. Witt

### ORDER

Per Curiam

Kathleen Wibberg, individually and as
trustee of two family trusts, and her sib-
lings, Dennis Rackers, Kenneth Rackers,
and Victor Rackers (collectively, "Appel-
lants") appeal the circuit court's judgment
voiding the two trusts because they result-
ed from undue influence and placing a
constructive trust on the trusts' assets for
the equal benefit of Appellants and two
other siblings, Steven Rackers and Susan
Komaromi. Appellants contend the evi-
dence was insufficient to support the
court's finding of undue influence. For rea-
sons explained in a Memorandum provided

to the parties, we affirm the judgment and deny the requests for attorney's fees.

AFFIRMED. Rule 84.16(b)